UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICHOLAS LAWLESS,

Plaintiff,

v.

FIRST CHOICE BUSINESS BROKERS, INC., *et al.*,

Defendants.

Case No. 1:26-cv-06619-KES-EPG

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL

(ECF No. 6)

On September 17, 2026, Plaintiff filed a notice of voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 6). In light of the filing, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 18, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE